1  Nicole Y. Blohm (Bar No. 177284)
   nblohm@mmhllp.com
2  MESERVE, MUMPER & HUGHES LLP
   1000 Wilshire Boulevard, Suite 1860
3  Los Angeles, California 90017-2457
   Telephone:  (213) 620-0300
4  Facsimile:  (213) 625-1930

5  Attorney for Defendant
   CONTINENTAL AMERICAN INSURANCE COMPANY
6  (erroneously named as American Family Life Assurance
   Company of Columbus)
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | AMANDA AGLORO,                          | Case No. 4:23-cv-01464-HSG |
12 | Plaintiff,                              | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
13 | vs.                                     | **ORDER** |
14 | AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS; and DOES 1 | Judge:   Hon. Haywood S. Gilliam, Jr. |
15 | through 10, inclusive,                  | Complaint Filed:   March 28, 2023 |
16 | Defendants.                             | |

17

18       IT IS HEREBY STIPULATED, by and between plaintiff AMANDA AGLORO and

19 defendant CONTINENTAL AMERICAN INSURANCE COMPANY (erroneously named as

20 American Family Life Assurance Company of Columbus), by and through their attorneys of record,

21 that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule

22 41(a), *et seq*. of the Federal Rules of Civil Procedure.  Each party shall bear her or its own attorneys'

23 fees and costs.

24       The parties further stipulate and request that all dates set in this matter be vacated and taken

25 off the Court's calendar.

26       The parties seek the Court's approval of the dismissal of the action with prejudice.

27 ///

28 ///

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

180484.1

1

Case No.  4:23-cv-01464-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER

**IT IS SO STIPULATED**.

Dated:  May 30, 2023

Robert J. McKennon
Nicholas A. West
McKENNON LAW GROUP PC

By:   */s/ Robert J. McKennon*
      Robert J. McKennon
      Attorneys for Plaintiff
      AMANDA AGLORO

Dated:  May 30, 2023

Nicole Y. Blohm
MESERVE, MUMPER & HUGHES LLP

By:   */s/ Nicole Y. Blohm*
      Nicole Y. Blohm
      Attorney for Defendant
      AMERICAN FAMILY LIFE
      ASSURANCE COMPANY OF
      COLUMBUS

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180484.1

2

Case No.  4:23-cv-01464-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER

**ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates previously set in this matter are hereby vacated and taken off the Court's calendar.

IT IS FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:  5/30/2023

Hon. Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180484.1

3

Case No.  4:23-cv-01464-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; ORDER